UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN MARTINEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NANGALAMA, et al.,<br><br>　　　　　　Defendants. | No. 2:14-cv-0801-EFB P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations pursuant to 42 U.S.C. § 1983. To proceed with a civil action, a plaintiff must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed in forma pauperis.

　　　　Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has not submitted a certified copy of his trust account statement or the institutional equivalent.

/////

1

1. He may comply with this requirement by having prison officials complete the "Certificate"
2. portion of the form application for leave to proceed in forma pauperis.
3.     Accordingly, plaintiff has 30 days from the date of service of this order to submit either
4. the filing fee or the application required by § 1915(a).  The Clerk of the Court is directed to mail
5. to plaintiff a form application for leave to proceed in forma pauperis.  Failure to comply with this
6. order will result in a recommendation that this action be dismissed.
7.     So ordered.
8. Dated: April 15, 2014.

                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE